IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRACEY LAZO, JAMEN HARPER, MUSTAPHA JARRAF, and all others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>SODEXO, INC.,<br><br>   Defendant. | C.A. No. _____ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446, Defendant SDH Services East, LLC,[1] a wholly owned subsidiary of Sodexo, Inc. ("Defendant") hereby invokes this Court's jurisdiction under 28 U.S.C. § 1332(a), and states the following grounds for removal:

1. Plaintiffs instituted this action on or about August 14, 2015 in the Superior Court for Suffolk County, Massachusetts, Civ. No. 15-2455-BLS (hereinafter referred to as the "State Action").

2. Plaintiffs served Defendant with the State Action Summons and Complaint on August 17, 2015. True and correct copies of the served Summons and Complaint are attached as Exhibit A.

3. On September 3, 2015, Defendant filed an assented-to motion for an extension of time through October 6, 2015 for Defendant to respond to Plaintiffs' Complaint in the State Action. A true and accurate copy of this Motion is attached hereto as Exhibit B. Defendant has not served any answer or responsive pleading to Plaintiffs' Complaint in the State Action.

---

[1] SDH Services East, LLC, a wholly owned subsidiary of Sodexo, Inc., is the corporate entity that employs/employed the Plaintiffs.

4. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and order served upon Defendant to date in this matter are attached hereto as <u>Exhibit A</u>.

5. Pursuant to 28 U.S.C. § 1446 (b), this Notice of Removal has been filed with this Court within thirty (30) days of service of the Summons and Complaint in the State Action upon any Defendant.

6. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332 because there is diversity of citizenship, each of the parties being citizens of a different state.  Paragraphs 4 through 6 of Plaintiffs' Complaint state that Plaintiffs are citizens of the Commonwealth of Massachusetts.  Defendant is a limited liability company organized under the laws of Delaware with its principal place of business in Maryland.[2]  Further, the sum allegedly in controversy for each Plaintiff appears to exceed the $75,000 jurisdictional prerequisite.  Accordingly, this action is removable to this Court pursuant to 28 U.S.C. § 1441.

7. The State Court from which this action was removed and in which this action was commenced is within this Court's district and division.

8. This Notice of Removal will be filed promptly with the State Court, as required by 28 U.S.C. § 1446(d).

9. By copy of this document and in accordance with the Certificate of Service, the Defendant is providing notice to all Parties in this action advising of the filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).

10. Defendant submits this Notice without waiving any defenses to the claims asserted by Plaintiffs or conceding that Plaintiffs have pled claims upon which relief can be granted.  To the contrary, Defendant disputes both the viability of Plaintiffs' claims and their

---

[2] Sodexo, Inc. is a Delaware corporation with its principal place of business in Maryland.

ability to recover any damages.

WHEREFORE, Defendant prays that the above action now pending against it in Suffolk County Superior Court of the Commonwealth of Massachusetts be removed therefrom to this Court.

    Respectfully submitted,

    SDH SERVICES EAST, LLC

    By its attorneys,

    /s/ Douglas J. Hoffman
    Douglas J. Hoffman (BBO# 640472)
    hoffmand@jacksonlewis.com
    Jonathan R. Shank (BBO # 672414)
    JACKSON LEWIS P.C.
    75 Park Plaza
    Boston, MA 02116
    Telephone: (617) 367-0025
    Facsimile:  (617) 367-2155

Dated: September 16, 2015

## CERTIFICATE OF SERVICE

       This hereby certifies that on this 16th day of September 2015, a true and accurate copy of the above document was filed with the Court via the ECF system, and served upon the attorneys listed below, via electronic mail and first-class mail, postage prepaid.

Robert Messinger
Brook S. Lane
John P. Regan, Jr,
REGAN, LANE & MESSINGER LLP
41 Winter Street, Fifth Floor
Boston, Massachusetts 02108

                                              /s/ Jonathan R. Shank
                                              Jackson Lewis P.C.