UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TRACEY LAZO; JAMEN HARPER MUSTPAHA JARRAF; and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SODEXO, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No: 1:15-cv-13366-GAO<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL FOR PLAINTIFFS

Notice is hereby given that the Plaintiffs, Tracey Lazo, Jamen Harper and Mustapha Jarraf, hereby appeal to the First Circuit Court of Appeals the final judgment entered in this action dated October 1, 2018.

Respectfully submitted,
PLAINTIFFS,

By their attorneys,
/s/ John Regan
John P. Regan, Jr.  BBO #684326
Employee Rights Group, LLC
185 Devonshire Street, Suite 200
Boston, MA 02114
T: (857) 277-0902
jregan@maemployeerights.com

/s/ Edward A. Prisby, Esq.
Kajko, Weisman & Colasanti, LLP
430 Bedford Street
Lexington, MA 02420
T: (781) 860-9500
eprisby@massfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 15, 2018, a true copy of the above document was filed through the Court's electronic filing system:

                                  /s/ John Regan
                                  John P. Regan, Esq.